**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION – SINGLE SPORT/SINGLE SCHOOL (FOOTBALL) | MDL No. 2492 <br><br> Master Docket No. 1:16-cv-08727 |
| **This Document Relates to:** <br><br> CAMERON HUTCHERSON, Individually and on Behalf of All Others Similarly Situated, <br>　　　　　　　　　　　　Plaintiff, <br>　　vs. <br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and GANNON UNIVERSITY, <br>　　　　　　　　　　　　Defendants. | Member Case Docket No. 1:19-cv-05133 <br><br> Judge John Z. Lee <br><br> Magistrate Judge M. David Weisman |

**ATTORNEY APPEARANCE (GANNON UNIVERSITY)**

To: Thomas G. Bruton, Clerk of Court

　　Please enter my Appearance on behalf of defendant GANNON UNIVERSITY, only, per the attached Attorney Appearance Form.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　By:　*s/ Steven Pachman*
November 18, 2019　　　　　Steven Pachman
　　　　　　　　　　　　PA Bar No. 78001
　　　　　　　　　　　　Montgomery McCracken Walker & Rhoads LLP
　　　　　　　　　　　　1735 Market Street
　　　　　　　　　　　　Philadelphia, PA 19103-7505
　　　　　　　　　　　　215-772-7492
　　　　　　　　　　　　spachman@mmwr.com

　　　　　　　　　　　　Attorney for Defendant Gannon University

## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Hutcherson v. NCAA and Gannon University

Case Number: 1:19-cv-05133

An appearance is hereby filed by the undersigned as attorney for:
Gannon University, defendant

Attorney name (type or print): Steven Pachman

Firm: Montgomery McCracken Walker & Rhoads LLP

Street address: 1735 Market Street

City/State/Zip: Philadelphia, PA 19103

Bar ID Number: 78001
(See item 3 in instructions)

Telephone Number: 215-772-7492

Email Address: spachman@mmwr.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 18, 2019

Attorney signature: S/ Steven Pachman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015