UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION – SINGLE SPORT/SINGLE SCHOOL (FOOTBALL) | MDL No. 2492<br><br>Master Docket No. 1:16-cv-08727 |
| **This Document Relates to:**<br><br>CAMERON HUTCHERSON, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and GANNON UNIVERSITY,<br>Defendants. | Member Case Docket No. 1:19-cv-05133<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

## ATTORNEY APPEARANCE (GANNON UNIVERSITY)

To: Thomas G. Bruton, Clerk of Court

Please enter my Appearance on behalf of defendant GANNON UNIVERSITY, only, per the attached Attorney Appearance Form.

Respectfully Submitted,

Dated: January 17, 2020        By:  *s/ Richard G. Placey*
Richard G. Placey
IL Bar No. 6186401
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
215-772-7424
rplacey@mmwr.com

Attorney for Defendant Gannon University

# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Hutcherson v. NCAA and Gannon University

Case Number: 1:19-CV-05133

An appearance is hereby filed by the undersigned as attorney for:
Gannon University, Defendant

Attorney name (type or print): Richard G. Placey

Firm: Montgomery McCracken Walker & Rhoads, LLP

Street address: 1735 Market Street, 20th Floor

City/State/Zip: Philadelphia, PA 19103

Bar ID Number: IL - 6186402
(See item 3 in instructions)

Telephone Number: 215-772-7424

Email Address: rplacey@mmwr.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 20, 2020

Attorney signature: S/ Richard G. Placey
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015